UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: § 
 §
 §
DAY, GARY R § Case No. 10-02314
 §
         Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Roy Safanda_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-02314 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|
| Case Name: | DAY, GARY R | | | Date Filed (f) or Converted (c): | 01/22/10 (f) |
| | | | | 341(a) Meeting Date: | 02/22/10 |
| For Period Ending: | 10/11/11 | | | Claims Bar Date: | 08/23/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Batavia Res. | 121,250.00 | 0.00 | DA | 0.00 | FA |
| 2. VIR WI Res | 65,000.00 | Unknown | DA | 0.00 | FA |
| 3. Mad, Is. WI | 15,000.00 | Unknown | DA | 0.00 | FA |
| 4. Vir WI Lot | 2,500.00 | Unknown | DA | 0.00 | FA |
| 5. ME Lot CFP | 1,000.00 | Unknown | | 0.00 | Unknown |
| 6. VIR WI Land | 167,500.00 | 0.00 | | 700,000.00 | FA |
| 7. ME Lot Oak | 1,000.00 | Unknown | | 0.00 | Unknown |
| 8. Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 9. Bank Acct IL | 20.00 | 0.00 | DA | 0.00 | FA |
| 10. Bank Acct WI | 50.00 | 0.00 | DA | 0.00 | FA |
| 11. Household | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 12. Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 13. Pension | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 14. 2000 Saturn | 400.00 | 0.00 | | 2,000.00 | FA |
| 15. 2003 Dodge | 2,400.00 | 0.00 | | 2,000.00 | FA |
| 16. 1967 Corvette | 1,750.00 | 0.00 | | 2,000.00 | FA |
| 17. 1959 Dodge | 0.00 | 0.00 | | 2,000.00 | FA |
| 18. 1963 Mercury | 0.00 | 0.00 | | 2,000.00 | FA |
| 19. Interest (u) | Unknown | N/A | | 48.71 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $397,670.00     $0.00     $710,048.71     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-02314   MB   Judge: Manuel Barbosa | Trustee Name: Roy Safanda |
| Case Name: | DAY, GARY R | Date Filed (f) or Converted (c): 01/22/10 (f) |
| | | 341(a) Meeting Date: 02/22/10 |
| | | Claims Bar Date: 08/23/10 |

RE Closing set for 2/4/11

Initial Projected Date of Final Report (TFR): 06/01/11     Current Projected Date of Final Report (TFR): 06/01/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-02314 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | DAY, GARY R | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******9865  Checking Account |
| Taxpayer ID No: | *******2633 | | Old Account #'s: | 1: *******9865      2: |
| For Period Ending: | 10/11/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/10 | 14 | Anthony | Sale of Auto | 1129-000 | 200.00 | | 200.00 |
| 06/08/10 | 15 | Anthony | Sale of Auto | 1129-000 | 200.00 | | 400.00 |
| 06/08/10 | 16 | Anthony | Sale of Auto | 1129-000 | 200.00 | | 600.00 |
| 06/08/10 | 17 | Anthony | Sale of Auto | 1129-000 | 200.00 | | 800.00 |
| 06/08/10 | 18 | Anthony | Sale of Auto | 1129-000 | 200.00 | | 1,000.00 |
| 06/08/10 | 001001 | Kwik Kopy | Print | 2500-000 | | 93.80 | 906.20 |
| 07/27/10 | 01001A | Title Co. | Commitment | 2500-000 | | 250.00 | 656.20 |
| 08/06/10 | 001002 | Title Co. | Record Lien | 2500-000 | | 30.00 | 626.20 |
| * 02/04/11 | 6 | Title Co. | Sale WI Farm | 1110-003 | 700,000.00 | | 700,626.20 |
| * 02/04/11 | 000006 | Title Co. | Recording Fee | 2500-003 | | 30.00 | 700,596.20 |
| * 02/04/11 | 000006 | Title Co. | Wire Fee | 2500-003 | | 40.00 | 700,556.20 |
| * 02/04/11 | 000006 | Title Co. | Close Fee | 2500-003 | | 150.00 | 700,406.20 |
| * 02/04/11 | 000006 | ARNDT et al | 1st mtg atty | 3991-003 | | 362.00 | 700,044.20 |
| * 02/04/11 | 000006 | ATTY FORTNEY | T. Atty. | 3210-003 | | 460.00 | 699,584.20 |
| * 02/04/11 | 000006 | Viroqua City | 09-10 R.E Tax | 2820-003 | | 1,041.98 | 698,542.22 |
| * 02/04/11 | 000006 | Title Co. | Title Ins | 2500-003 | | 1,400.00 | 697,142.22 |
| * 02/04/11 | 000006 | Title Co. | Recording Fee | 2820-003 | | 2,100.00 | 695,042.22 |
| * 02/04/11 | 000006 | Metro + Assoc. | 1st mtg. atty | 3991-003 | | 3,186.17 | 691,856.05 |
| * 02/04/11 | 000006 | Vernon County | 09-10 R.E Tax | 2820-003 | | 24,570.39 | 667,285.66 |
| * 02/04/11 | 000006 | VIROQUA R.E. | R. E. Commission | 3510-003 | | 35,000.00 | 632,285.66 |
| * 02/04/11 | 000006 | WM Day | 1/2 proceeds | 8500-003 | | 161,732.64 | 470,553.02 |
| * 02/04/11 | 000006 | Baraboo N. Bank | 1st Mortgage | 4110-003 | | 308,194.18 | 162,358.84 |
| 02/04/11 | 001003 | Jordon Law | Title Comm. | 2500-000 | | 75.00 | 162,283.84 |
| 04/12/11 | | Transfer from Acct #*******9873 | Bank Funds Transfer | 9999-000 | 9,014.65 | | 171,298.49 |
| 04/14/11 | 001004 | The Estate of Gary R. Day | Transf. funds to Cap One | 9999-000 | | 171,298.49 | 0.00 |
| * 10/10/11 | 6 | Title Co. | Sale WI Farm | 1110-003 | -700,000.00 | | -700,000.00 |
| | | | Reverse and reenter transacation dated 2/4/11 | | | | |
| * 10/10/11 | 000006 | Title Co. | Recording Fee | 2500-003 | | -30.00 | -699,970.00 |

Page Subtotals     10,014.65     709,984.65

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 10-02314 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | DAY, GARY R | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******9865  Checking Account |
| Taxpayer ID No: | *******2633 | | Old Account #'s: | 1: *******9865      2: |
| For Period Ending: | 10/11/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/10/11 | 000006 | Title Co. | Reverse and reenter transacation dated 2/4/11<br>Wire Fee | 2500-003 | | -40.00 | -699,930.00 |
| * 10/10/11 | 000006 | Title Co. | Reverse and reenter transacation dated 2/4/11<br>Close Fee | 2500-003 | | -150.00 | -699,780.00 |
| * 10/10/11 | 000006 | ARNDT et al | Reverse and reenter transacation dated 2/4/11<br>1st mtg atty | 3991-003 | | -362.00 | -699,418.00 |
| * 10/10/11 | 000006 | ATTY FORTNEY | Reverse and reenter transacation dated 2/4/11<br>T. Atty. | 3210-003 | | -460.00 | -698,958.00 |
| * 10/10/11 | 000006 | Viroqua City | Reverse and reenter transacation dated 2/4/11<br>09-10 R.E Tax | 2820-003 | | -1,041.98 | -697,916.02 |
| * 10/10/11 | 000006 | Title Co. | Reverse and reenter transacation dated 2/4/11<br>Title Ins | 2500-003 | | -1,400.00 | -696,516.02 |
| * 10/10/11 | 000006 | Title Co. | Reverse and reenter transacation dated 2/4/11<br>Recording Fee | 2820-003 | | -2,100.00 | -694,416.02 |
| * 10/10/11 | 000006 | Metro + Assoc. | Reverse and reenter transacation dated 2/4/11<br>1st mtg. atty | 3991-003 | | -3,186.17 | -691,229.85 |
| * 10/10/11 | 000006 | Vernon County | Reverse and reenter transacation dated 2/4/11<br>09-10 R.E Tax | 2820-003 | | -24,570.39 | -666,659.46 |
| * 10/10/11 | 000006 | VIROQUA R.E. | Reverse and reenter transacation dated 2/4/11<br>R. E. Commission | 3510-003 | | -35,000.00 | -631,659.46 |
| * 10/10/11 | 000006 | WM Day | Reverse and reenter transacation dated 2/4/11<br>1/2 proceeds | 8500-003 | | -161,732.64 | -469,926.82 |
| * 10/10/11 | 000006 | Baraboo N. Bank | Reverse and reenter transacation dated 2/4/11<br>1st Mortgage | 4110-003 | | -308,194.18 | -161,732.64 |
| 10/11/11 | 6 | The Title Company, Inc.<br>Custodial Escrow Agent<br>THE TITLE COMPANY, INC. | Reverse and reenter transacation dated 2/4/11<br>Deposit reentered correctly from<br>2/4/11.<br>    Memo Amount:      700,000.00<br>Sale Proceeds | 1110-000 | 161,732.64 | | 0.00 |

Page Subtotals       161,732.64       -538,237.36

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 10-02314 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | DAY, GARY R | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******9865 Checking Account |
| Taxpayer ID No: | *******2633 | | Old Account #'s: | 1: *******9865  2: |
| For Period Ending: | 10/11/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | BARABOO NATIONAL BANK | Memo Amount: ( 308,194.18 )<br>Ist Mortgage | 4110-000 | | | |
| | | VIROQUA REALTY | Memo Amount: ( 35,000.00 )<br>Real Estate Commissions | 3510-000 | | | |
| | | METROU & ASSOCIATES PC | Memo Amount: ( 3,186.17 )<br>Ist Mortgage Attorney | 3991-000 | | | |
| | | ARNDT, BUSWELL & THORN | Memo Amount: ( 362.00 )<br>Ist Mortgage Attorney | 3991-000 | | | |
| | | VERNON COUNTY TREASURER | Memo Amount: ( 24,570.39 )<br>Taxes | 2820-000 | | | |
| | | CITY/TOWN TAXES | Memo Amount: ( 1,041.98 )<br>Taxes | 2820-000 | | | |
| | | WILLIAM CHARLES DAY | Memo Amount: ( 161,732.64 )<br>1/2 proceeds to brother | 8500-002 | | | |
| | | ROY SAFANDA | Memo Amount: ( 460.00 )<br>Trustee Attorney | 3210-000 | | | |
| | | TITLE COMPANY | Memo Amount: ( 3,720.00 )<br>Closing Fees | 2500-000 | | | |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 700,000.00 | |
| Memo Allocation Disbursements: | 538,267.36 | |
| Memo Allocation Net: | 161,732.64 | |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | 171,747.29 | 171,747.29 |
| Less: Bank Transfers/CD's | 9,014.65 | 171,298.49 |
| Subtotal | 162,732.64 | 448.80 |
| Less: Payments to Debtors | | 0.00 |
| Net | 162,732.64 | 448.80 |

Page Subtotals  0.00  0.00

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-02314 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | DAY, GARY R | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******9873 Money Market Account |
| Taxpayer ID No: | *******2633 | | Old Account #'s: | 1: *******9873  2: |
| For Period Ending: | 10/11/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/10 | 14 | Anthony | Sale of Lots | 1129-000 | 1,800.00 | | 1,800.00 |
| 06/08/10 | 15 | Anthony | Sale of Lots | 1129-000 | 1,800.00 | | 3,600.00 |
| 06/08/10 | 16 | Anthony | Sale of Lots | 1129-000 | 1,800.00 | | 5,400.00 |
| 06/08/10 | 17 | Anthony | Sale of Lots | 1129-000 | 1,800.00 | | 7,200.00 |
| 06/08/10 | 18 | Anthony | Sale of Lots | 1129-000 | 1,800.00 | | 9,000.00 |
| 06/30/10 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.13 | | 9,001.13 |
| 07/31/10 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.58 | | 9,002.71 |
| 08/31/10 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.48 | | 9,004.19 |
| 09/30/10 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.48 | | 9,005.67 |
| 10/31/10 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.53 | | 9,007.20 |
| 11/30/10 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.48 | | 9,008.68 |
| 12/31/10 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.53 | | 9,010.21 |
| 01/31/11 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.53 | | 9,011.74 |
| 02/28/11 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.38 | | 9,013.12 |
| 03/31/11 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.53 | | 9,014.65 |
| 04/12/11 | | Transfer to Acct #*******9865 | Bank Funds Transfer | 9999-000 | | 9,014.65 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 9,014.65 | 9,014.65 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 9,014.65 | |
| | | Subtotal | 9,014.65 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 9,014.65 | 0.00 | |

Page Subtotals  9,014.65  9,014.65

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 10-02314 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | DAY, GARY R | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7293 Money Market Account |
| Taxpayer ID No: | *******2633 | | |
| For Period Ending: | 10/11/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/11 | | The Estate of Gary R. Day | Transf. funds to Cap One | 9999-000 | 171,298.49 | | 171,298.49 |
| 05/31/11 | 19 | Capital One | Interest Rate 0.000 | 1270-000 | 19.29 | | 171,317.78 |
| 06/10/11 | 000101 | Gary R. Day | | 8100-002 | | 15,000.00 | 156,317.78 |
| 06/30/11 | 19 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 11.00 | | 156,328.78 |
| * 06/30/11 | 19 | Capital One | INTEREST REC'D FROM BANK | 1270-003 | 11.00 | | 156,339.78 |
| 07/12/11 | 19 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 3.77 | | 156,343.55 |
| * 07/12/11 | 19 | Reverses Interest on 06/30/11 | INTEREST REC'D FROM BANK | 1270-003 | -11.00 | | 156,332.55 |
| 07/12/11 | | Transfer from Acct #*******7307 | Bank Funds Transfer | 9999-000 | 156,343.55 | | 312,676.10 |
| 07/12/11 | | Transfer to Acct #*******7307 | Bank Funds Transfer | 9999-000 | | 156,332.55 | 156,343.55 |
| 07/12/11 | | Transfer to Acct #*******7307 | Bank Funds Transfer | 9999-000 | | 156,343.55 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 327,676.10 | 327,676.10 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 327,642.04 | 312,676.10 | |
| | | Subtotal | 34.06 | 15,000.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 15,000.00 | |
| | | Net | 34.06 | 0.00 | |

Page Subtotals     327,676.10     327,676.10

FORM 2

Page: 6
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-02314 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | DAY, GARY R | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7307  Checking Account |
| Taxpayer ID No: | *******2633 | | |
| For Period Ending: | 10/11/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/11 | | Transfer from Acct #*******7293 | Bank Funds Transfer | 9999-000 | 156,332.55 | | 156,332.55 |
| 07/12/11 | | Transfer from Acct #*******7293 | Bank Funds Transfer | 9999-000 | 156,343.55 | | 312,676.10 |
| 07/12/11 | | Transfer to Acct #*******7293 | Bank Funds Transfer | 9999-000 | | 156,343.55 | 156,332.55 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 312,676.10 | 156,343.55 | 156,332.55 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 312,676.10 | 156,343.55 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 700,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 538,267.36 | Checking Account - ********9865 | 162,732.64 | 448.80 | 0.00 |
| | | Money Market Account - ********9873 | 9,014.65 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 161,732.64 | Money Market Account - ********7293 | 34.06 | 0.00 | 0.00 |
| | | Checking Account - ********7307 | 0.00 | 0.00 | 156,332.55 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| | | | 171,781.35 | 448.80 | 156,332.55 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   312,676.10   156,343.55

Page 1     **EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**     Date: October 11, 2011

Case Number: 10-02314
Debtor Name: DAY, GARY R

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000004 | The Baraboo National Bank<br>101 3rd Ave<br>Baraboo, WI 53913 | Secured | | $0.00 | $0.00 | $0.00 |
| 000005 | The Baraboo National Bank<br>101 3rd Ave<br>Baraboo, WI 53913 | Secured | | $0.00 | $0.00 | $0.00 |
| 000006 | The Baraboo National Bank<br>101 3rd Ave<br>Baraboo, WI 53913 | Secured | | $0.00 | $0.00 | $0.00 |
| 001<br>3110-00 | Roy Safanda, Trustee's Attorney<br>111 East Side Drive<br>Geneva, IL  60134 | Administrative | | $11,025.00 | $0.00 | $11,025.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $13,952.58 | $0.00 | $13,952.58 |
| 000002<br>070<br>7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $1,113.50 | $0.00 | $1,113.50 |
| 000003<br>070<br>7100-00 | Monson Law Offices<br>210 Airport Rd., Suite 104<br>Viroqua, WI 54665 | Unsecured | | $187.89 | $0.00 | $187.89 |
| 000007<br>070<br>7100-00 | John Isbrandt, DDS<br>2210 Dean Street<br>Saint Charles, IL 60175 | Unsecured | | $695.80 | $0.00 | $695.80 |
| 000008<br>070<br>7100-00 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $10,202.83 | $0.00 | $10,202.83 |
| 000009<br>080<br>7200-00 | Schmidt & Barbrow, P.C.<br>128 S. County Farm Rd.<br>Wheaton, IL 60187 | Unsecured | | $76,989.95 | $0.00 | $76,989.95 |
| 999<br>8200-00 | GARY R DAY<br>S4380 DUCKEGG LANE<br>VIROQUA, WI  54665 | Unsecured | | $4,203.71 | $0.00 | $4,203.71 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 11, 2011 |
|---|---|---|---|---|---|---|
| Case Number: | 10-02314 | Claim Type Sequence | | | | |
| Debtor Name: | DAY, GARY R | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $118,371.26 | $0.00 | $118,371.26 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-02314
Case Name: DAY, GARY R
Trustee Name: Roy Safanda

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda, Trustee's Attorney | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (10/1/2010) *(Page: 13)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ | $ | $ |
| 000002 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | $ | $ | $ |
| 000003 | Monson Law Offices<br>210 Airport Rd., Suite 104<br>Viroqua, WI 54665 | $ | $ | $ |
| 000007 | John Isbrandt, DDS<br>2210 Dean Street<br>Saint Charles, IL 60175 | $ | $ | $ |
| 000008 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp<br>As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Schmidt & Barbrow, P.C.<br>128 S. County Farm Rd.<br>Wheaton, IL 60187 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors     $_____

Remaining Balance                                         $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $          .