UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
DAY, GARY R § Case No. 10-02314
 §
 Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Courthouse
Bankruptcy Clerk
Assignment Desk, Rm 710
219 S. Dearborn St.
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/01/2011 in Courtroom 250,

US Courthouse
100 S. 3rd St.
Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/12/2011          By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
DAY, GARY R § Case No. 10-02314
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 710,048.71 |
| and approved disbursements of | $ | 553,716.16 |
| leaving a balance on hand of[1] | $ | 156,332.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 37,792.25 | $ 0.00 | $ 37,792.25 |
| Trustee Expenses: Roy Safanda | $ 169.04 | $ 0.00 | $ 169.04 |
| Attorney for Trustee Fees: Roy Safanda, Trustee's Attorney | $ 11,025.00 | $ 0.00 | $ 11,025.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 48,986.29 |
| Remaining Balance | $ 107,346.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,152.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ 13,952.58 | $ 0.00 | $ 13,952.58 |
| 000002 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | $ 1,113.50 | $ 0.00 | $ 1,113.50 |
| 000003 | Monson Law Offices<br>210 Airport Rd., Suite 104<br>Viroqua, WI 54665 | $ 187.89 | $ 0.00 | $ 187.89 |
| 000007 | John Isbrandt, DDS<br>2210 Dean Street<br>Saint Charles, IL 60175 | $ 695.80 | $ 0.00 | $ 695.80 |
| 000008 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp<br>As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 10,202.83 | $ 0.00 | $ 10,202.83 |

| | Total to be paid to timely general unsecured creditors | $ | 26,152.60 |
| | Remaining Balance | $ | 81,193.66 |

Tardily filed claims of general (unsecured) creditors totaling $ 76,989.95 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Schmidt & Barbrow, P.C. 128 S. County Farm Rd. Wheaton, IL 60187 | $ 76,989.95 | $ 0.00 | $ 76,989.95 |

| | Total to be paid to tardy general unsecured creditors | $ | 76,989.95 |
| | Remaining Balance | $ | 4,203.71 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $ 4,203.71 .

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-02314-MB
Gary R. Day                                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: choward              Page 1 of 1              Date Rcvd: Oct 13, 2011
                              Form ID: pdf006            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2011.
db         +Gary R. Day,   S4380 DuckEgg Lane,   Viroqua, WI 54665-8050
14991010   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
14991011   +Codilis & Associates, P.C.,   15W030 North Frontage Rd., Suite 10,   Burr Ridge, IL 60527-6921
14991013   +Freedman Anselmo Lindberg et al,   PO Box 3228,   Naperville, IL 60566-3228
14991014   +John Isbrandt, DDS,   2210 Dean Street,   Saint Charles, IL 60175-1066
14991015   +Kimi J. Gosselink,   E4710 State Hwy 56,   Viroqua, WI 54665-8042
14991016   +Law Offices of Harris Ross Byck,   229 Plaza Blvd., Suite 112,   Morrisville, PA 19067-7601
14991017   +Monson Law Offices,   210 Airport Rd., Suite 104,   Viroqua, WI 54665-1160
14991019    Northstar Location Services, LLC,   4285 Genesee Street,   Buffalo, NY 14225-1943
14991020   +Old Second Mtg/Dovenmule,   1 Corporate Dr Ste 360,   Lake Zurich, IL 60047-8945
14991021   +Peter Toms,   369 Blackfoot Dr.,   Bolingbrook, IL 60490-5525
14991023   +Schmidt & Barbrow, P.C.,   128 S. County Farm Rd.,   Wheaton, IL 60187-2400
14991024   +The Baraboo National Bank,   101 3rd Ave,   Baraboo, WI 53913-2400
14991025   +Valley Family Medicine,   2900 Foxfield Road,   Saint Charles, IL 60174-5799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15447174   +E-mail/Text: bnc@atlasacq.com Oct 14 2011 01:30:47     Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
14991009   +E-mail/Text: bankruptcynotices@bremer.com Oct 14 2011 01:30:36     Bremer Bank,
             8555 Eagle Point Blvd,   Lake Elmo, MN 55042-8627
15636126    E-mail/PDF: mrdiscen@discoverfinancial.com Oct 14 2011 01:52:53     Discover Bank,
             Dfs Services LLC,   PO Box 3025,   New Albany, Ohio   43054-3025
14991012   +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 14 2011 01:52:53     Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
15990038    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 14 2011 01:52:19
             Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
             Oklahoma City, OK   73124-8809
14991018   +E-mail/Text: bankrup@nicor.com Oct 14 2011 01:30:01     Nicor Gas,   1844 Ferry Road,
             Naperville, IL 60563-9600
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15656448*   +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
14991008   ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
14991022   ##+Roy Eugene Clark,   Clark Law Offices,   PO box 1235,   Wheaton, IL 60187-1235
                                                                                   TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 15, 2011**               **Signature:**   _Joseph Speetjens_