UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
DAY, GARY R § Case No. 10-02314
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Roy Safanda_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gary R. Day |  |  |  |
| GARY R DAY |  |  |  |
| William Charles Day |  |  |  |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bremer Bank 8555 Eagle Point Blvd Lake Elmo, MN 55042 | | | | | |
| | Old Second Mtg/Dovenmule 1 Corporate Dr Ste 360 Lake Zurich, IL 60047 | | | | | |
| 000006 | THE BARABOO NATIONAL BANK | | | | | |
| 000005 | THE BARABOO NATIONAL BANK | | | | | |
| 000004 | THE BARABOO NATIONAL BANK | | | | | |
| | THE BARABOO NATIONAL BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA, TRUSTEE | | | | | |
| JORDON LAW | | | | | |
| KWIK KOPY | | | | | |
| TITLE CO. | | | | | |
| TITLE CO. | | | | | |
| TITLE COMPANY | | | | | |
| CITY/TOWN TAXES | | | | | |
| VERNON COUNTY TREASURER | | | | | |
| ROY SAFANDA, TRUSTEE'S ATTORNEY | | | | | |
| ROY SAFANDA | | | | | |
| VIROQUA REALTY | | | | | |
| ARNDT, BUSWELL & THORN | | | | | |
| METROU & ASSOCIATES PC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Law Offices of Harris Ross Byck 229 Plaza Blvd., Suite 112 Morrisville, PA 19067 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Peter Toms 369 Blackfoot Dr. Bolingbrook, IL 60490 | | | | | |
| | Roy Eugene Clark Clark Law Offices PO box 1235 Wheaton, IL 60189-1235 | | | | | |
| | Valley Family Medicine 2900 Foxfield Road Saint Charles, IL 60174 | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000007 | JOHN ISBRANDT, DDS | | | | | |
| 000003 | MONSON LAW OFFICES | | | | | |
| 000009 | SCHMIDT & BARBROW, P.C. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-02314 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|
| Case Name: | DAY, GARY R | | | Date Filed (f) or Converted (c): | 01/22/10 (f) |
| | | | | 341(a) Meeting Date: | 02/22/10 |
| For Period Ending: | 12/31/11 | | | Claims Bar Date: | 08/23/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Batavia Res. | 121,250.00 | 0.00 | DA | 0.00 | FA |
| 2. VIR WI Res | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Mad, Is. WI | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Vir WI Lot | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5. ME Lot CFP | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. VIR WI Land | 167,500.00 | 0.00 | | 700,000.00 | FA |
| 7. ME Lot Oak | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 9. Bank Acct IL | 20.00 | 0.00 | DA | 0.00 | FA |
| 10. Bank Acct WI | 50.00 | 0.00 | DA | 0.00 | FA |
| 11. Household | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 12. Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 13. Pension | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 14. 2000 Saturn | 400.00 | 0.00 | | 2,000.00 | FA |
| 15. 2003 Dodge | 2,400.00 | 0.00 | | 2,000.00 | FA |
| 16. 1967 Corvette | 1,750.00 | 0.00 | | 2,000.00 | FA |
| 17. 1959 Dodge | 0.00 | 0.00 | | 2,000.00 | FA |
| 18. 1963 Mercury | 0.00 | 0.00 | | 2,000.00 | FA |
| 19. Interest (u) | Unknown | N/A | | 48.71 | Unknown |
| TOTALS (Excluding Unknown Values) | $397,670.00 | $0.00 | | $710,048.71 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: 10-02314 MB Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
| Case Name: DAY, GARY R | Date Filed (f) or Converted (c): | 01/22/10 (f) |
| | 341(a) Meeting Date: | 02/22/10 |
| | Claims Bar Date: | 08/23/10 |

RE Closing set for 2/4/11

Initial Projected Date of Final Report (TFR): 06/01/11     Current Projected Date of Final Report (TFR): 06/01/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-02314 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | DAY, GARY R | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******9865 Checking Account |
| Taxpayer ID No: | *******2633 | | Old Account #'s: | 1: *******9865    2: |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/10 | 14 | Anthony | Sale of Auto | 1129-000 | 200.00 | | 200.00 |
| 06/08/10 | 15 | Anthony | Sale of Auto | 1129-000 | 200.00 | | 400.00 |
| 06/08/10 | 16 | Anthony | Sale of Auto | 1129-000 | 200.00 | | 600.00 |
| 06/08/10 | 17 | Anthony | Sale of Auto | 1129-000 | 200.00 | | 800.00 |
| 06/08/10 | 18 | Anthony | Sale of Auto | 1129-000 | 200.00 | | 1,000.00 |
| 06/08/10 | 001001 | Kwik Kopy | Print | 2500-000 | | 93.80 | 906.20 |
| 07/27/10 | 01001A | Title Co. | Commitment | 2500-000 | | 250.00 | 656.20 |
| 08/06/10 | 001002 | Title Co. | Record Lien | 2500-000 | | 30.00 | 626.20 |
| * 02/04/11 | 6 | Title Co. | Sale WI Farm | 1110-003 | 700,000.00 | | 700,626.20 |
| * 02/04/11 | 000006 | Title Co. | Recording Fee | 2500-003 | | 30.00 | 700,596.20 |
| * 02/04/11 | 000006 | Title Co. | Wire Fee | 2500-003 | | 40.00 | 700,556.20 |
| * 02/04/11 | 000006 | Title Co. | Close Fee | 2500-003 | | 150.00 | 700,406.20 |
| * 02/04/11 | 000006 | ARNDT et al | 1st mtg atty | 3991-003 | | 362.00 | 700,044.20 |
| * 02/04/11 | 000006 | ATTY FORTNEY | T. Atty. | 3210-003 | | 460.00 | 699,584.20 |
| * 02/04/11 | 000006 | Viroqua City | 09-10 R.E Tax | 2820-003 | | 1,041.98 | 698,542.22 |
| * 02/04/11 | 000006 | Title Co. | Title Ins | 2500-003 | | 1,400.00 | 697,142.22 |
| * 02/04/11 | 000006 | Title Co. | Recording Fee | 2820-003 | | 2,100.00 | 695,042.22 |
| * 02/04/11 | 000006 | Metro + Assoc. | 1st mtg. atty | 3991-003 | | 3,186.17 | 691,856.05 |
| * 02/04/11 | 000006 | Vernon County | 09-10 R.E Tax | 2820-003 | | 24,570.39 | 667,285.66 |
| * 02/04/11 | 000006 | VIROQUA R.E. | R. E. Commission | 3510-003 | | 35,000.00 | 632,285.66 |
| * 02/04/11 | 000006 | WM Day | 1/2 proceeds | 8500-003 | | 161,732.64 | 470,553.02 |
| * 02/04/11 | 000006 | Baraboo N. Bank | 1st Mortgage | 4110-003 | | 308,194.18 | 162,358.84 |
| 02/04/11 | 001003 | Jordon Law | Title Comm. | 2500-000 | | 75.00 | 162,283.84 |
| 04/12/11 | | Transfer from Acct #*******9873 | Bank Funds Transfer | 9999-000 | 9,014.65 | | 171,298.49 |
| 04/14/11 | 001004 | The Estate of Gary R. Day | Transf. funds to Cap One | 9999-000 | | 171,298.49 | 0.00 |
| * 10/10/11 | 6 | Title Co. | Sale WI Farm | 1110-003 | -700,000.00 | | -700,000.00 |
| | | | Reverse and reenter transacation dated 2/4/11 | | | | |
| * 10/10/11 | 000006 | Title Co. | Recording Fee | 2500-003 | | -30.00 | -699,970.00 |

Page Subtotals    10,014.65    709,984.65

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-02314 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | DAY, GARY R | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******9865  Checking Account |
| Taxpayer ID No: | *******2633 | | Old Account #'s: | 1: *******9865    2: |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/10/11 | 000006 | Title Co. | Reverse and reenter transacation dated 2/4/11  Wire Fee | 2500-003 | | -40.00 | -699,930.00 |
| * 10/10/11 | 000006 | Title Co. | Reverse and reenter transacation dated 2/4/11  Close Fee | 2500-003 | | -150.00 | -699,780.00 |
| * 10/10/11 | 000006 | ARNDT et al | Reverse and reenter transacation dated 2/4/11  1st mtg atty | 3991-003 | | -362.00 | -699,418.00 |
| * 10/10/11 | 000006 | ATTY FORTNEY | Reverse and reenter transacation dated 2/4/11  T. Atty. | 3210-003 | | -460.00 | -698,958.00 |
| * 10/10/11 | 000006 | Viroqua City | Reverse and reenter transacation dated 2/4/11  09-10 R.E Tax | 2820-003 | | -1,041.98 | -697,916.02 |
| * 10/10/11 | 000006 | Title Co. | Reverse and reenter transacation dated 2/4/11  Title Ins | 2500-003 | | -1,400.00 | -696,516.02 |
| * 10/10/11 | 000006 | Title Co. | Reverse and reenter transacation dated 2/4/11  Recording Fee | 2820-003 | | -2,100.00 | -694,416.02 |
| * 10/10/11 | 000006 | Metro + Assoc. | Reverse and reenter transacation dated 2/4/11  1st mtg. atty | 3991-003 | | -3,186.17 | -691,229.85 |
| * 10/10/11 | 000006 | Vernon County | Reverse and reenter transacation dated 2/4/11  09-10 R.E Tax | 2820-003 | | -24,570.39 | -666,659.46 |
| * 10/10/11 | 000006 | VIROQUA R.E. | Reverse and reenter transacation dated 2/4/11  R. E. Commission | 3510-003 | | -35,000.00 | -631,659.46 |
| * 10/10/11 | 000006 | WM Day | Reverse and reenter transacation dated 2/4/11  1/2 proceeds | 8500-003 | | -161,732.64 | -469,926.82 |
| * 10/10/11 | 000006 | Baraboo N. Bank | Reverse and reenter transacation dated 2/4/11  1st Mortgage | 4110-003 | | -308,194.18 | -161,732.64 |
| 10/11/11 | 6 | The Title Company, Inc.  Custodial Escrow Agent  THE TITLE COMPANY, INC. | Reverse and reenter transacation dated 2/4/11  Deposit reentered correctly from  2/4/11.  Memo Amount:   700,000.00  Sale Proceeds | 1110-000 | 161,732.64 | | 0.00 |

Page Subtotals    161,732.64    -538,237.36

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02314 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | DAY, GARY R | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******9865  Checking Account |
| Taxpayer ID No: | *******2633 | | Old Account #'s: | 1: *******9865      2: |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | BARABOO NATIONAL BANK | Memo Amount:    ( 308,194.18 )  Ist Mortgage | 4110-000 | | | |
| | | VIROQUA REALTY | Memo Amount:    ( 35,000.00 )  Real Estate Commissions | 3510-000 | | | |
| | | METROU & ASSOCIATES PC | Memo Amount:    ( 3,186.17 )  Ist Mortgage Attorney | 3991-000 | | | |
| | | ARNDT, BUSWELL & THORN | Memo Amount:    ( 362.00 )  Ist Mortgage Attorney | 3991-000 | | | |
| | | VERNON COUNTY TREASURER | Memo Amount:    ( 24,570.39 )  Taxes | 2820-000 | | | |
| | | CITY/TOWN TAXES | Memo Amount:    ( 1,041.98 )  Taxes | 2820-000 | | | |
| | | WILLIAM CHARLES DAY | Memo Amount:    ( 161,732.64 )  1/2 proceeds to brother | 8500-002 | | | |
| | | ROY SAFANDA | Memo Amount:    ( 460.00 )  Trustee Attorney | 3210-000 | | | |
| | | TITLE COMPANY | Memo Amount:    ( 3,720.00 )  Closing Fees | 2500-000 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 700,000.00 | COLUMN TOTALS | | 171,747.29 | 171,747.29 | 0.00 |
| Memo Allocation Disbursements: | 538,267.36 | Less:  Bank Transfers/CD's | | 9,014.65 | 171,298.49 | |
| | | Subtotal | | 162,732.64 | 448.80 | |
| Memo Allocation Net: | 161,732.64 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 162,732.64 | 448.80 | |

Page Subtotals         0.00         0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02314 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | DAY, GARY R | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******9873 Money Market Account |
| Taxpayer ID No: | *******2633 | | Old Account #'s: | 1: *******9873    2: |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/10 | 14 | Anthony | Sale of Lots | 1129-000 | 1,800.00 | | 1,800.00 |
| 06/08/10 | 15 | Anthony | Sale of Lots | 1129-000 | 1,800.00 | | 3,600.00 |
| 06/08/10 | 16 | Anthony | Sale of Lots | 1129-000 | 1,800.00 | | 5,400.00 |
| 06/08/10 | 17 | Anthony | Sale of Lots | 1129-000 | 1,800.00 | | 7,200.00 |
| 06/08/10 | 18 | Anthony | Sale of Lots | 1129-000 | 1,800.00 | | 9,000.00 |
| 06/30/10 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.13 | | 9,001.13 |
| 07/31/10 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.58 | | 9,002.71 |
| 08/31/10 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.48 | | 9,004.19 |
| 09/30/10 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.48 | | 9,005.67 |
| 10/31/10 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.53 | | 9,007.20 |
| 11/30/10 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.48 | | 9,008.68 |
| 12/31/10 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.53 | | 9,010.21 |
| 01/31/11 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.53 | | 9,011.74 |
| 02/28/11 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.38 | | 9,013.12 |
| 03/31/11 | 19 | Old Second National Bank | INTEREST | 1270-000 | 1.53 | | 9,014.65 |
| 04/12/11 | | Transfer to Acct #*******9865 | Bank Funds Transfer | 9999-000 | | 9,014.65 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 9,014.65 | 9,014.65 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 9,014.65 | |
| | | Subtotal | | 9,014.65 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 9,014.65 | 0.00 | |

Page Subtotals        9,014.65        9,014.65

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-02314 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | DAY, GARY R | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7293 Money Market Account |
| Taxpayer ID No: | *******2633 | | |
| For Period Ending: | 12/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/11 | | The Estate of Gary R. Day | Transf. funds to Cap One | 9999-000 | 171,298.49 | | 171,298.49 |
| 05/31/11 | 19 | Capital One | Interest Rate 0.000 | 1270-000 | 19.29 | | 171,317.78 |
| 06/10/11 | 000101 | Gary R. Day | | 8100-002 | | 15,000.00 | 156,317.78 |
| 06/30/11 | 19 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 11.00 | | 156,328.78 |
| * 06/30/11 | 19 | Capital One | INTEREST REC'D FROM BANK | 1270-003 | 11.00 | | 156,339.78 |
| 07/12/11 | 19 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 3.77 | | 156,343.55 |
| * 07/12/11 | 19 | Reverses Interest on 06/30/11 | INTEREST REC'D FROM BANK | 1270-003 | -11.00 | | 156,332.55 |
| 07/12/11 | | Transfer from Acct #*******7307 | Bank Funds Transfer | 9999-000 | 156,343.55 | | 312,676.10 |
| 07/12/11 | | Transfer to Acct #*******7307 | Bank Funds Transfer | 9999-000 | | 156,332.55 | 156,343.55 |
| 07/12/11 | | Transfer to Acct #*******7307 | Bank Funds Transfer | 9999-000 | | 156,343.55 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 327,676.10 | 327,676.10 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 327,642.04 | 312,676.10 | |
| | | Subtotal | 34.06 | 15,000.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 15,000.00 | |
| | | Net | 34.06 | 0.00 | |

Page Subtotals 327,676.10 327,676.10

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02314 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | DAY, GARY R | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7307 Checking Account |
| Taxpayer ID No: | *******2633 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/11 | | Transfer from Acct #*******7293 | Bank Funds Transfer | 9999-000 | 156,332.55 | | 156,332.55 |
| 07/12/11 | | Transfer from Acct #*******7293 | Bank Funds Transfer | 9999-000 | 156,343.55 | | 312,676.10 |
| 07/12/11 | | Transfer to Acct #*******7293 | Bank Funds Transfer | 9999-000 | | 156,343.55 | 156,332.55 |
| 12/07/11 | 001001 | Roy Safanda, Trustee<br>111 East Side Drive<br>Geneva, IL  60134 | Trustee's Fees/Exp. | 2100-000 | | 37,961.29 | 118,371.26 |
| 12/07/11 | 001002 | Roy Safanda, Trustee's Attorney<br>111 East Side Drive<br>Geneva, IL  60134 | Attorney for Trustee - Fees | 3110-000 | | 11,025.00 | 107,346.26 |
| 12/07/11 | 001003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Final Dividend | 7100-000 | | 13,952.58 | 93,393.68 |
| 12/07/11 | 001004 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Final Dividend | 7100-000 | | 1,113.50 | 92,280.18 |
| 12/07/11 | 001005 | Monson Law Offices<br>210 Airport Rd., Suite 104<br>Viroqua, WI 54665 | Final Dividend | 7100-000 | | 187.89 | 92,092.29 |
| 12/07/11 | 001006 | John Isbrandt, DDS<br>2210 Dean Street<br>Saint Charles, IL 60175 | Final Dividend | 7100-000 | | 695.80 | 91,396.49 |
| 12/07/11 | 001007 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final Dividend | 7100-000 | | 10,202.83 | 81,193.66 |
| 12/07/11 | 001008 | Schmidt & Barbrow, P.C.<br>128 S. County Farm Rd.<br>Wheaton, IL 60187 | Final Dividend | 7200-000 | | 76,989.95 | 4,203.71 |
| | | | Page Subtotals | | 312,676.10 | 308,472.39 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Page: 7

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02314 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | DAY, GARY R | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7307 Checking Account |
| Taxpayer ID No: | *******2633 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/07/11 | 001009 | GARY R DAY<br>S4380 DUCKEGG LANE<br>VIROQUA, WI 54665 | Surplus Funds | 8200-002 | | 4,203.71 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 312,676.10 | 312,676.10 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 312,676.10 | 156,343.55 | |
| | | Subtotal | | 0.00 | 156,332.55 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 4,203.71 | |
| | | Net | | 0.00 | 152,128.84 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 700,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 538,267.36 | Checking Account - ********9865 | 162,732.64 | 448.80 | 0.00 |
| | | Money Market Account - ********9873 | 9,014.65 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 161,732.64 | Money Market Account - ********7293 | 34.06 | 0.00 | 0.00 |
| | | Checking Account - ********7307 | 0.00 | 152,128.84 | 0.00 |
| | | | 171,781.35 | 152,577.64 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  4,203.71

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*